# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| AMRO ELANSARI, | : No. 148 MM 2020 |
| Petitioner | : |
| v. | : |
| COMMONWEALTH OF PENNSYLVANIA, TOM WOLF, JAKE CORMAN, PAMELA RUEST, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of December, 2020, the Application for Leave to File Original Process is GRANTED, the "Petition for the Issuance of a Writ of Mandamus" is DENIED, and the Application to File an Answer *Nunc Pro Tunc* is DISMISSED AS MOOT. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.